UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHELE GAGNON, Individually and as
Mother and Natural Guardian of Samantha
Gagnon, an Infant Plaintiff

      -V-                                    ORDER TO SHOW CAUSE
                                                  CV-05-1159 (DRH) (AKT)

MARIA CUEBAS, Individually ans an Mother
and Natural Guandian of Mikhail Velez,
MIKHAIL VELEZ, JANETTE GONZALEZ,
JANE DOE
------------------------------------------------------X
For Plaintiff:

CHRISTOPHER J. CASSAR, ESQ.
13 East Carver Street
Huntington, New York 11743


       No action has taken place in this case since the filing of affidavits of service on August 8, 2006.

       Counsel for the plaintiff is directed to serve and file a response indicating the status of the case on or before August 10, 2007, or the case will be dismissed for failure to prosecute.

**FAILURE TO RESPOND TO THIS REQUEST WILL RESULT IN THE DISMISSAL OF THIS ACTION.**

DATED: Central Islip, New York
          July 6, 2007

                                                                            /s/
                                                     DENIS R. HURLEY
                                        UNITED STATES DISTRICT JUDGE