UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHELE GAGNON, Individually and as Mother
and Natural Guardian of Samantha Gagnon, an
Infant Plaintiff

ORDER DISMISSING CASE
CV-05-01159 DRH / AKT

-against-

MARIA CUEBAS, Individually and as Mother and
Natural Guardian of Mikhail Velez, MIKHAIL
VELEZ, JANETTE GONZALEZ, and JANE DOE
-----------------------------------------------------------------X

An Order to Show Cause for a status report having been issued by the Court on July 6, 2007, directing the counsel for plaintiffs to respond by August 10, 2007, and no response having been filed with the Court,.

IS HEREBY ORDERED that the case is dismissed without prejudice to reopen..

SO ORDERED.

/S/
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
       AUGUST 15, 2007